UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS MANUEL CARRENO RIVERA,<br><br>Defendant. | No. 2:11CR00356-06<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release LUIS MANUEL CARRENO RIVERA; Case No. 2:11CR00356-06, from custody for the following reasons:

__ Release on Personal Recognizance

__ Bail Posted in the Sum of $

    __ Unsecured Appearance Bond

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

__X__ (Other): Time Served

Issued at Sacramento, California on __10/16/13__, at __9:55 a.m.__

Kimberly J. Mueller
United States District Judge

FILED
OCT 16 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA